

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:22-cr-00087-MCS |
| ARCADIO LOPEZ | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday, March 7</u>, <u>2025</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: March 3, 2025

*Karen E. Scott*
U.S. District Judge/Magistrate Judge