1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No.: 8:22-CR-0087-MCS-2 |
| 12                    Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| 13            vs.            ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| 14   Arcadio Lopez          ) | |
| 15                    Defendant. ) | |

16

17      The defendant having been arrested in this District pursuant to a warrant issued

18 by the United States District Court for the ___C.D. Cal._____,

19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20 release]; and

21      The Court having conducted a detention hearing pursuant to Federal Rule of

22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23      The Court finds that:

24 A.    (✓) The defendant has not met his/her burden of establishing by clear and

25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26        3142(b) or (c). This finding is based on _instant allegations, failure_

27        _to appear, unverified background, no surety_

28        _____

1

2

3      and/or

4  B.      (✓) The defendant has not met his/her burden of establishing by clear and

5      convincing evidence that he/she is not likely to pose a danger to the safety of any

6      other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7      finding is based on ___substance abuse , criminal history___

8

9

10

11

12

13         IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: ___3/7/25___

17                                    KAREN E. SCOTT
                                     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28